## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHELLY D. OGILVIE         :         No. 3:15cv79
                                 :
                                 :         (Judge Munley)
                                 :
                                 :         (Bankruptcy Appeal)
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 23rd day of March 2015, Debtor Shelly D.

Ogilvie's appeal of Bankruptcy Judge Robert N. Opel, II's order of January

5, 2015 (Doc. 1) is **DENIED**.  The Clerk of Court is directed to close this

case.


**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**